

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-25-00583-CV

**IN RE SCHINDLER ELEVATOR CORPORATION**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

On September 16, 2025, relator filed a petition for writ of mandamus. Relator subsequently filed a motion for temporary emergency relief, which we granted, and we requested responses from real party in interest and respondent. No responses were filed.

We CONDITIONALLY GRANT the petition for writ of mandamus and ORDER the Honorable Christine Vasquez Hortick to, within fifteen days of this order: (1) vacate the October 30, 2025 "Order Denying Defendant Schindler Elevator Corporation's Motion to Compel the Mental Examination of Plaintiff;" and (2) sign an order compelling real party in interest to submit to a mental examination in accordance with Texas Rule of Civil Procedure 204.1. *See* TEX. R. CIV. P. 204.1; TEX. R. APP. P. 52.8(c). We are confident that the trial court will promptly comply; our writ will issue only if we are notified that it does not.

The stay imposed on December 15, 2025, is LIFTED.

It is so **ORDERED** on January 14, 2026.

---

[1] This proceeding arises out of Cause No. 2023CI22952, styled *Jennifer Keith v. Valcor Properties, LLC a/k/a Valcor Commercial Real Estate; Services Life & Casualty Insurance Co., Service Group Holdings, Inc., and Schindler Elevator Corporation*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez Hortick presiding.

_Lori I. Valenzuela, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.



Caitlin A. McCamish, Clerk of Court